USAO#2014R00336/DAW

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. |
| | : |
| | : Criminal No. 15- 132 |
| v. | : |
| | : 18 U.S.C. § 2422(b), |
| GABRIEL TORO | : 18 U.S.C. § 2 |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about December 2011 through in or about August 2014, in Union County, in the District of New Jersey, and elsewhere, the defendant,

GABRIEL TORO,

did, using the mail and any facility and means of interstate and foreign commerce, knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b) and Section 2.

_/s/ Paul J. Fishman_
PAUL J. FISHMAN
United States Attorney

CASE NUMBER:

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

GABRIEL TORO

INFORMATION FOR
18 U.S.C. §§ 2422(b), 2

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DANIELLE ALFONZO WALSMAN
*ASSISTANT U.S. ATTORNEY*
*(973)645-2724*

USA-48AD 8
(Ed. 1/97)