UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                          Date: 3/17/15

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail A. Hansen

Court Reporter: Walter Perelli

Other:                                  Docket #:2:15-cr-132-01

Title of Case:

**UNITED STATES**
          v.
Gabriel Toro


Appearances:

AUSA Danielle Afonso Walsman
James S. Friedman, Counsel for Defendant


NATURE OF PROCEEDINGS: **PLEA TO INFORMATION**



Defendant sworn
Waiver of Indictment, fld.
Information fld.
Plea: Guilty to a 1 Count Information
Rule 11 form, fld.
Plea agreement, fld.
Sentencing: 06/25/15 at 10:00 a.m.
Consent Preliminary Order of Forfeiture filed
Ordered defendant remanded




Time commenced: 10:15 a.m.
Time adjourned: 10:35 a.m.
  Total Time :   20 minutes

                              Gail A. Hansen, Deputy Clerk